UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IDES PEREZ DIAZ; EDUARDO BAUTISTA DIAZ; and FERNANDO BAUTISTA DIAZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNICO EN SABORES, INC., d/b/a MORELIA MEXICAN GRILL; SINERGY WORKFORCE SOLUTIONS LLC; and ISRAEL ARREOLA JR., <br><br> Defendants. | § § § § § § § § § § § § § § § §  CASE NO. 1:19-cv-1036-RP |

## **JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs and Defendants file this Joint Motion to Dismiss with Prejudice. In support of the Motion, the parties show the following:

1. The parties have reached a settlement of Plaintiffs' claims filed against Defendants in this cause and have entered into an agreement to resolve all pending claims.

2. Accordingly, the parties respectfully request that this Court dismiss all claims filed in this cause against Defendants by Plaintiffs with prejudice to their being re-filed.

3. The parties agree to each bear their own attorney's fees, costs, and other expenses incurred in the lawsuit, except as otherwise agreed to in writing between the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully request that this Court dismiss this cause with prejudice to being re-filed, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Christopher J. Willett
Christopher J. Willett
Texas State Bar No. 24061895
Email: cwillett@equaljusticecenter.org
Rebecca Eisenbrey
Texas State Bar No. 240797646
Email: reisenbrey@equaljusticecenter.org
EQUAL JUSTICE CENTER
510 Congress Ave., Ste. 206
Austin, Texas 78704
Fax (512) 474-0008
Tel (512) 474-0007, ext. 107

**ATTORNEYS FOR PLAINTIFFS**


**CORNELL SMITH MIERL
 BRUTOCAO BURTON, LLP**
1607 West Avenue
Austin, Texas 78701
Telephone:    (512) 328-1540
Telecopy:    (512) 328-1541

Susan P. Burton
State Bar No. 03479350
sburton@cornellsmith.com
Alan Lin
State Bar No. 24085435
alin@cornellsmith.com

/s/ Susan P. Burton
Susan P. Burton

**ATTORNEYS FOR DEFENDANTS**