# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IDES PEREZ DIAZ; EDUARDO BAUTISTA DIAZ; and FERNANDO BAUTISTA DIAZ, § § § § | |
| Plaintiffs, § § | |
| v. § | CASE NO. 1:19-cv-1036-RP |
| § | |
| UNICO EN SABORES, INC., d/b/a MORELIA MEXICAN GRILL; SINERGY WORKFORCE SOLUTIONS LLC; and ISRAEL ARREOLA JR., § § § § § | |
| Defendants. § | |

## PROPOSED ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiffs' and Defendants' Joint Motion to Dismiss with Prejudice. Based on the parties' request and having considered the motion, the Court is of the opinion that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiffs' claims filed against Defendants are hereby dismissed with prejudice, with attorney's fees and costs of court assessed against the party incurring the same except as otherwise agreed to in writing among the parties.

SIGNED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE