IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IDES PEREZ DIAZ, et. al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:19-cv-1036-RP |
| UNICO EN SABORES, INC. *d/b/a* MORELIA MEXICAN GRILL, et. al., | § § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

On March 8, 2021, the Court granted the parties' motion to dismiss, (Mot. Dkt. 25), which disposed of all of the Plaintiffs' claims. (Order, Dkt. 26). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on March 8, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE